FILED

JAN 15 2016

CLER...
SOUTHER...
BY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JOHN RICHARD RYAN, JR.,

PLAINTIFF

-V-

MIDLAND CREDIT MANAGEMENT, INC.;
C. WEBER, DIVISION MANAGER;

DEFENDANTS

PLAINTIFF'S COMPLAINT

CASE NO. 16CV0166 JLSDHB

PLAINTIFF'S COMPLAINT WITH JURY DEMAND

## INTRODUCTION

1)   THIS A CIVIL ACTION FILED BY PLAINTIFF JOHN RICHARD RYAN, JR., ALLEGING VIOLATIONS OF RIGHTS SECURED BY ACTS OF CONGRESS AND THE TORT OF NEGLIGENCE. PLAINTIFF JOHN RICHARD RYAN, JR. SEEKS COMPENSATORY AND PUNITIVE DAMAGES.

## JURISDICTION

2)   JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO TITLE 28 U.S.C. SECTION 1331, IN THAT THIS IS A CIVIL ACTION ARISING UNDER THE GENERAL FEDERAL QUESTION JURISDICTION ALLEGING THE VIOLATION OF PLAINTIFF'S RIGHTS SECURED BY ACTS OF CONGRESS.

3)   JURISDICTION OF THIS COURT OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS IS INVOKED PURSUANT TO TITLE 28 U.S.C. SECTION 1332(a)(i), IN THAT, THE DIVERSITY OF ALL PARTIES CITIZENSHIP IS COMPLETE AND THE MATTER IN CONTROVERSY IS GREATER THAN $75,000, EXCLUSIVE OF COSTS AND INTEREST.

Page 1

## PARTIES

4)   PLAINTIFF JOHN RICHARD RYAN, JR., IS A CITIZEN OF THE STATE OF WISCONSIN AND IS CURRENTLY A PRISONER IN THE DANE COUNTY JAIL, LOCATED AT 115 W. DOTY STREET, MADISON, WISCONSIN, 53703.

5)   DEFENDANT MIDLAND CREDIT MANAGEMENT, INC., IS A CORPORATION ORGANIZED UNDER THE LAWS OF CALIFORNIA, LOCATED AT 8875 AERO DRIVE, SUITE 200, SAN DIEGO, CALIFORNIA, 92123.

6)   DEFENDANT C. WEBER, IS A CITIZEN OF THE STATE OF CALIFORNIA WHO HAS BEEN, AT ALL RELEVANT TIMES, AN EMPLOYEE OF MIDLAND CREDIT MANAGEMENT, INC., LOCATED AT 8875 AERO DRIVE, SUITE 200, SAN DIEGO, CALIFORNIA, 92123. DEFENDANT C. WEBER IS SUED IN BOTH AN INDIVIDUAL AND OFFICIAL CAPACITY.

## FACTUAL STATEMENT

7)   ON MAY 20TH, 2015, DEFENDANT C. WEBER, ON BEHALF OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC., (HEREINAFTER "MCM"), SENT CORRESPONDENCE TO THE PLAINTIFF WHICH GAVE NOTICE OF A DEBT OWED BY THE PLAINTIFF.

8)   THE ABOVE DESCRIBED CORRESPONDENCE WAS AN ATTEMPT TO COLLECT A DEBT, DUE AND OWING, TO MIDLAND FUNDING, LLC, AND WAS SENT VIA U.S. MAIL.

9)   THE ABOVE DESCRIBED CORRESPONDENCE WAS SENT TO THE PLAINTIFF AT WAUPUN CORRECTIONAL INSTITUTION, LOCATED AT PO BOX 700, WAUPUN, WISCONSIN, 53963.

10)   WISCONSIN STATE LAW AND, TO A LESSER EXTENT, THE PROCEDURES FOR WISCONSIN STATE PRISONS, REQUIRE ALL INMATES NON-LEGAL MAIL TO BE READ AND SCREENED PRIOR TO DISTRIBUTION.

11)   THE PLAINTIFF, AT ALL RELEVANT TIMES, WAS A PRISONER IN THE WISCONSIN STATE PRISON SYSTEM; THUS, THE AFOREMENTIONED CORRESPONDENCE WAS READ AND THE INFORMATION THAT THE PLAINTIFF OWED A DEBT TO MIDLAND FUNDING WAS DIVULGED TO A THIRD PARTY BY MCM AND C. WEBER, WHICH VIOLATED THE PROVISIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

12)   THE PLAINTIFF SUBSEQUENTLY FILED A GRIEVANCE WITH THE PRISON AND THE FEDERAL TRADE COMMISSION REGARDING THE DEFENDANTS' VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT AND OFFICER WATERMANN, AMONG OTHERS, KNOWING THE DETAILS OF DEBTS OWED BY THE PLAINTIFF.

13)   AT NO TIME HAS THE PLAINTIFF PROVIDED HIS ADDRESS IN PRISON TO THE DEFENDANTS, NOR HAS HE AUTHORIZED THE DEFENDANTS TO DIVULGE INFORMATION ABOUT ANY DEBTS DUE AND OWING.

## CLAIMS FOR RELIEF

14)   DEFENDANTS C. WEBER AND MCM, OWED THE PLAINTIFF A DUTY TO ABIDE BY THE PROVISIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT.

15)   THE DEFENDANTS FAILURE TO ABIDE BY THE PROVISIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, BY DIVULGING INFORMATION REGARDING A DEBT OWED BY THE PLAINTIFF, KNOWINGLY AND WILLINGLY BREACHED THAT DUTY AND CONSTITUTED A VIOLATION OF PLAINTIFF'S RIGHTS AND THE TORT OF NEGLIGENCE

[OVER]

UNDER THE LAW OF CALIFORNIA.

16)   THE DEFENDANTS' BREACH OF DUTY CONTRIBUTED TO AND PROXIMATELY CAUSED DAMAGE TO THE PLAINTIFF'S REPUTATION AND MENTAL AND EMOTIONAL DISTRESS SUFFERED BY THE PLAINTIFF.

17).   THE ACTIONS OF DEFENDANTS C. WEBER AND MCM, IN DIVULGING INFORMATION REGARDING A DEBT OWED BY THE PLAINTIFF TO A THIRD PARTY, UNAUTHORIZED, VIOLATED THE PLAINTIFF'S RIGHTS SECURED BY ACTS OF CONGRESS, SPECIFICALLY, THE FAIR DEBT COLLECTION PRACTICES ACT.

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF JOHN RICHARD RYAN, JR., REQUESTS THE COURT GRANT THE FOLLOWING RELIEF:

A)   AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:
    1) $75,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS C. WEBER AND MCM FOR DAMAGES TO THE PLAINTIFF'S REPUTATION AND THE MENTAL AND EMOTIONAL INJURIES SUFFERED BY THE PLAINTIFF, RESULTING FROM THE DEFENDANTS VIOLATING THE PLAINTIFF'S RIGHTS.

    2) $25,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS C. WEBER AND MCM FOR EMOTIONAL DISTRESS SUFFERED BY THE PLAINTIFF RESULTING FROM THE DEFENDANTS' NEGLIGENCE.

B)   AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:
    1) $50,000 AGAINST DEFENDANT C. WEBER.

## JURY DEMAND

PLAINTIFF JOHN RICHARD RYAN, JR., DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE IN THE ABOVE CAPTIONED ACTION.

DATED THIS THE 6TH DAY OF JANUARY, 2016.

RESPECTFULLY SUBMITTED,

John Richard Ryan, JR. #486266
C/O DANE COUNTY JAIL
115 W. DOTY STREET
MADISON, WISCONSIN 53703

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John Richard Ryan, Jr.

**DEFENDANTS**
Midland Credit Management, Inc., et al.

**(b)** County of Residence of First Listed Plaintiff    Dane (WI)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John Richard Ryan, Jr.
115 W. Doty St.Madison WI 53703

Attorneys *(If Known)*

16CV0166 JLSDHB

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 690 Other | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | | | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |

| | PERSONAL INJURY | | | |
|---|---|---|---|---|
| | ☐ 365 Personal Injury - Product Liability | | | |
| | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | |
| | ☐ 368 Asbestos Personal Injury Product Liability | | | |
| | **PERSONAL PROPERTY** | | | |
| | ☐ 370 Other Fraud | | | |
| | ☐ 371 Truth in Lending | | | |
| | ☐ 380 Other Personal Property Damage | | | |
| | ☐ 385 Property Damage Product Liability | | | |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | |
|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15:1692

Brief description of cause:
FDCPA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
01/15/2016

SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JOHN RICHARD RYAN, JR. #481266
C/O DANE COUNTY JAIL
115 W. DOTY STREET
MADISON, WISCONSIN 53703

MILWAUKEE WI 530

03 JAN 2016 PM 2 L

CLERK OF THE U.S. DISTRICT COURT
FEDERAL BUILDING
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101

92101$85529 0037

FOREVER

JAN 15 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED